889 A.2d 38

**NORTHERN TIER SOLID WASTE AUTHORITY, d/b/a Bradford County Landfill, McKean County Solid Waste Authority, Clinton County Solid Waste Authority, d/b/a Wayne Township Landfill, Appellants**

v.

**COMMONWEALTH of Pennsylvania, Department of Revenue; Larry P. Williams, Secretary of the Department of Revenue; Commonwealth of Pennsylvania, Department of Environmental Protection; Kathleen A. McGinty, Secretary of the Department of Environmental Protection; Commonwealth of Pennsylvania, Appellees**

**Pennsylvania Waste Industries Association, Intervenor.**

Supreme Court of Pennsylvania.

Dec. 7, 2005.

## *ORDER*

PER CURIAM.

**AND NOW,** this 7th day of December 2005, the Appeal from the Order of the Commonwealth Court is quashed as premature. The Appellants' Application for Supplemental Briefing is denied as moot.